# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JULIAN BRADFORD MOSELEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:21-cv-00097-LSC-JHE |
| ) | |
| TUSCALOOSA COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on June 3, 2021, recommending this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for the plaintiff's failure to state a claim upon which relief can be granted. (Doc. 8). Although the Magistrate Judge advised the plaintiff of his right to file specific written objections within 14 days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for the plaintiff's failure to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** on July 1, 2021.

_____
L. Scott Coogler
United States District Judge

160704